PROB 12C
(6/16)

Report Date:  May 5, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 06, 2025

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Miguel Angel Guerrero, Jr.          Case Number: 0980 2:17CR00227-TOR-1

Address of Offender: ██████████████████  Spokane Valley, Washington 99206

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: July 9, 2019

Original Offense:          Possession with Intent to Distribute 50 Grams or More of Actual (Pure)
                           Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii)

Original Sentence:          Prison - 108 months          Type of Supervision: Supervised Release
                           TSR - 60 months

Sentence Reduction:        Prison - 100 months
(March 28, 2024)           TSR - 60 months

Asst. U.S. Attorney:       Caitlin A. Baunsgard          Date Supervision Commenced: May 8, 2024

Defense Attorney:          Andrea K. George          Date Supervision Expires: May 7, 2029

### PETITIONING THE COURT

To issue a summons.

On May 8, 2024, the offender's conditions of supervised release were reviewed by the probation officer and he signed said conditions acknowledging he understood his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | **Standard Condition # 3**: You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.<br><br>**Supporting Evidence**: The offender is alleged to have violated standard condition number 3, by leaving the federal judicial district without first getting permission from the probation officer on or about February 9, February 14 and February 20, 2025.<br><br>On April 22, 2025, the probation officer was contacted by a detective with the Spokane County Sheriff's Office.  He advised that a G.P.S. tracker had been placed on Mr. Guerrero's vehicle and data indicated his vehicle had been at a gas station in Post Falls, Idaho, on several occasions. |

**Prob12C**
**Re: Guerrero, Miguel Angel**
**May 5, 2025**
**Page 2**

On April 25, 2025, the probation officer was provided with the above-referenced G.P.S. data. According to the detective, he was able to confirm via camera footage that Mr. Guerrero was at a Maverick gas station located in Post Falls, Idaho, on or about February 9, February 14 and February 20, 2025.

On April 29, 2025, Mr. Guerrero reported to the U.S. Probation Office for a scheduled appointment.  At that time, he admitted to traveling to the District of Idaho to get gas.  He further informed the probation officer that he thought he was allowed to do so.

2    **Standard Condition #10:** You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).

**Supporting Evidence:** The offender is alleged to have violated standard condition number 10, by having access to ammunition on or about May 1, 2025.

On May 1, 2025, a planned search was executed at the offender's residence.  During the search, a probation officer found 10 rounds of 9mm ammunition located in a shoe box in the upstairs hallway of the offender's residence.  The above-referenced ammunition was seized for evidence.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    May 5, 2025

s/ Lori Cross

Lori Cross
U.S. Probation Officer

Prob12C

**Re: Guerrero, Miguel Angel**
**May 5, 2025**
**Page 3**

THE COURT ORDERS

[ ]   No Action

[ ]   The Issuance of a Warrant

[X]  The Issuance of a Summons

[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.

[ ]   Defendant to appear before the Judge assigned to the case.

[X]  Defendant to appear before the Magistrate Judge.

[ ]   Other

_____
Thomas O. Rice
United States District Judge

May 6, 2025
_____
Date